UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> (INTERNAL REVENUE SERVICE), <br> <br> Plaintiff, <br> v. <br> <br> GARY MEDLICOTT, <br> STATE OF NEW MEXICO and <br> GRANT COUNTY, NEW MEXICO, <br> <br> Defendants. | § § § § § § § § § § § § § <br> <br> Case No. 1:25-cv-00070 |

## COMPLAINT

The United States of America on behalf of its agency, Internal Revenue Service, pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of a delegate of the Attorney General of the United States, and with the authorization and sanction of a delegate of the Secretary of the Treasury, brings this civil action (1) to reduce to judgment the unpaid federal tax liabilities owed by Gary Medlicott ("Medlicott"); (2) to enforce the associated federal tax liens against property belonging to him; (3) to foreclose tax liens against and sell Medlicott's property located at 41 Marguerite Street, Silver City, Grant County, New Mexico 88061 ("Property"); and (4) to distribute the foreclosure sale proceeds in accordance with the priorities of the Internal Revenue Service federal tax liens and the liens held by the State of New Mexico and Grant County, New Mexico against the Property. For its Complaint, the United States alleges as follows:

### JURISDICTION, VENUE, AND PARTIES

1.      Jurisdiction is conferred upon this District Court pursuant to 26 U.S.C. §§ 7402(a) and 7403, and 28 U.S.C. §§ 1331, 1340, and 1345.

1

2.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because Defendant Medlicott's federal tax liabilities arose in this district and the real property at issue belonging to Defendant, Gary Medlicott is located in this district.

3.     Plaintiff is the United States of America.

4.     Defendant Medlicott's Property that belongs to him is a home located in Grant County, New Mexico.

5.     Defendant Medlicott now resides at 4432 East Chuckwalla CYN, Phoenix, Arizona 85044.

6.     Defendant, State of New Mexico, holds tax liens against the Property and may be served at the State of New Mexico Taxation and Revenue, in Santa Fe, New Mexico.

7.     Defendant, Grant County, may have property tax liens against the Property; and may be served at the Grant County Treasurer located at 1400 Highway 180 East, Silver City, New Mexico 88061.

## THE SUBJECT REAL PROPERTY

8.     The United States seeks to enforce its federal tax liens filed against Defendant Medlicott by foreclosing the federal tax liens against the Property, a single family home of 2,838 square feet situated on 5.06 acres, that is legally described as:

> Lot 233, LOMA BLANCA SUBDIVISION UNIT #2, in Grant County, New Mexico, as shown and designated on the plat thereof, filed in the Office of the County Clerk of said County on May 1, 1995, in Book 7 at pages 112-118 of Plat Records.

9.     Attached as Exhibit A is a true and correct copy of the Warranty Deed dated April 26, 2011 wherein Medlicott and his wife, Leonore A. Herrera acquired the Property as joint tenants. Under New Mexico Statutes §§ 47-1-35 and 47-1-36, this joint tenancy included the right of survivorship.

10. Leonore A. Herrera died June 11, 2017. Attached as Exhibit E is a true and correct copy of the Certificate of Death for Leonore A. Herrera. Upon the death of Leonore A. Herrera, Medlicott became the sole owner of the Property under New Mexico Statutes §§ 45-2-807 and 40-3-8-B.

**COUNT 1**
**JUDGMENT AGAINST MEDLICOTT FOR FEDERAL TAX LIABILITIES**

11. On the dates below, a delegate of the Secretary of the Treasury made assessments against Gary Medlicott for federal income (Form 1040) taxes and penalties for the tax years 2014, 2015, 2016, 2018 and 2019, which years have tax balances due with accruals as of October 14, 2024 as follows:

| Tax Period Ending | Assessment Date | Assessment Type | Amount Assessed | Account Balance Due 10/14/2024 with accruals |
|---|---|---|---|---|
| 12/31/2014 | 06/01/2015 | Tax<br>Estimated tax penalty<br>Failure to pay penalty | $142,019<br>$1,835.12<br>$1,061.78 | $137,112.89 |
| 12/31/2015 | 12/19/2016<br>12/19/2016<br>12/19/2016<br>12/19/2016 | Tax<br>Estimated tax penalty<br>Failure to file penalty<br>Failure to pay penalty | $96,351.00<br>$1,016.56<br>$5,439.15<br>$2,417.40 | $15,407.29 |
| 12/31/2016 | 11/20/2017<br>11/20/2017 | Tax<br>Failure to pay penalty | $390,518.00<br>$7,692.68 | $333,299.67 |
| 12/31/2018 | 05/06/2019<br>09/20/2021<br>09/20/2021<br>10/23/2023 | Tax<br>Section 6662 penalty<br>Tax<br>Failure to pay penalty | $4,723.00<br>$1,800.00<br>$8,998.00<br>$1,609.28 | $12,608.09 |
| 12/31/2019 | 10/19/2020<br>10/19/2020<br>10/19/2020<br>10/23/2023 | Tax<br>Failure to file penalty<br>Failure to pay penalty<br>Failure to pay penalty | $11,120.00<br>$119.43<br>$26.54<br>$305.20 | $2,023.79 |
| **Total** | | | | **$500,451.73** |

12. For the tax years 2014-2016, Medlicott and his wife, Leonore Herrera, jointly filed federal income tax returns. After his wife died in 2017, Medlicott filed his federal income tax returns for the tax years 2018 and 2019.

13. A delegate of the Secretary of the Treasury gave notice and demand for payment of the income tax liabilities described above to Medlicott.

14. Despite notice and demand for payment, Medlicott failed, neglected, or refused to fully pay the federal income tax liabilities described above. After the application of statutory interest, penalties, fees, other additions, abatements, payments, and credits, the income tax liabilities described above had a $500,451.73 unpaid balance due of as of October 14, 2024.

15. Pursuant to 26 U.S.C. § 7402, the United States is entitled to a judgment that Gary Medlicott is liable to the United States for the income tax liabilities in the amount of $500,451.73 as of October 14, 2024, plus statutory additions, and prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid.

<u><b>COUNT 2</b></u>
**ENFORCEMENT OF FEDERAL TAX LIENS AGAINST MEDLICOTT & PROPERTY**

16. Pursuant to 26 U.S.C. §§ 6321 and 6322, as a result of the neglect, refusal or failure by Medlicott to pay the tax liabilities described above after notice and demand, federal tax liens arose on the dates of the assessments and attached to all the property and rights to the property belonging to Medlicott including, his interest in the Property.

17. Additionally, the Internal Revenue Service publicly filed Notices of Federal Tax Lien ("NFTL") in accordance with 26 U.S.C. § 6323(f) in the public records of the County Clerk, Grant County, New Mexico, in regard to Medlicott's income tax liabilities described below, on the following dates:

| Tax Period | NFTL Filed |
|---|---|
| 2014 | 12/28/2018 |
| 2015 | 12/28/2018 |
| 2016 | 05/23/2018 |
|  | 12/28/2018 |
| 2018 | 12/22/2021 |
| 2019 | 12/22/2021 |

18.   Attached as Exhibit B is a true and correct copy of the Notices of Federal Tax Lien filed in Grant County, New Mexico, that encumber the Property.

### DETERMINATION OF LIEN PRIORITY

19.   Defendant, Grant County, New Mexico, on behalf of local taxing authorities, issued its Statement of Taxes Due against the Property for $3,224.66 in ad valorem real estate taxes due and owing by Medlicott for the tax years 2021-2022 which are entitled to priority under 26 U.S.C. § 6323(b)(6).  Attached as Exhibit C is a true and correct copy of Grant County's Statement of Taxes Due against the Property.

20.   Defendant, State of New Mexico, filed its Notice of Claim Tax Lien against Medlicott for $51,467.92 for the tax years 2013-2016 on October 15, 2018. In addition, Defendant State of New Mexico, filed its Notice of Claim Tax Lien against Medlicott for $1,577.67 for the tax years 2018-2019 on May 4, 2023. Attached as Exhibit D is a true and correct copy of the State of New Mexico's Notices of Claim Tax Lien for the tax years 2013-2016 and the tax years 2018-2019.

21.   Pursuant to 26 U.S.C. § 7403, the United States is entitled to enforce the federal tax liens against the Property by foreclosure sale or other court orders.  In particular, the United States is entitled to have the Property sold in a judicial sale, or by a receiver appointed for that purpose, free and clear of all the rights, titles, claims, liens, and interests of the parties, including, any rights of redemption, with the proceeds of the sale distributed:

a) first, to pay the costs and expenses of the sale, including, any costs and expenses incurred to secure and maintain and sell the Property;

b) second, to Grant County, New Mexico to pay ad valorem real estate taxes due and owing, if any, which are entitled to priority under 26 U.S.C. § 6323(b)(6);

c) third, to the United States and the State of New Mexico in the order of their respective assessments, and;

d) fourth, to such other parties as otherwise determined by the Court in accordance with the law.

## PRAYER

WHEREFORE, the United States of America prays for a judgment determining:

A.  That Gary Medlicott is liable to the United States for his federal income tax liabilities for the tax years 2014, 2015, 2016, 2018 and 2019 in the amount of $500,451.73 as of October 14, 2024, plus statutory additions, and prejudgment and post judgment interest thereon at the rates set forth in 26 U.S.C. § 6601, 6621 and 28 U.S.C. § 1961(c), until paid;

B.  That the federal tax liens securing Gary Medlicott's federal income tax liabilities described in this Complaint shall be foreclosed or enforced by other court orders against 41 Marguerite Street, Silver City, New Mexico 88061, Medlicott's real property, and any abandoned personal property thereon, by a judicial sale, or by a receiver appointed for that purpose, free and clear of all the rights, titles, claims, liens, and interests of the parties, including, any rights of redemption;

C.  That the proceeds of the sale be distributed:

a) first, to pay the costs and expenses of the sale, including any costs and expenses incurred to secure and maintain and sell the property;

      b) second, to Grant County, New Mexico to pay ad valorem real estate taxes due and owing, if any, which are entitled to priority under 26 U.S.C. § 6323(b)(6);

      c) third, to the United States and the State of New Mexico in the order of their respective assessments, and;

D.    That awards the United States such other and further relief as this Court deems just and proper, including its costs incurred in this action and for any surcharge authorized by 28 U.S.C. § 3011.

Date: January 24, 2025

*/s/Manuel P. Lena Jr.*
Manuel P. Lena Jr.
Texas Bar 12201255
Attorney, Tax Division
U.S. Department of Justice
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
214.880.9750 214.880.9741[FAX]
Manuel.P.Lena@usdoj.gov

Attorney for United States (IRS)